NORMAN WILLIAMS, Appellant, *v.* MADISON PERSONAL LOAN, INC., Respondent.

Supreme Court, Appellate Term, First Department, May 19, 1943.

*Herman Wolan* for appellant.

*Abraham J. Halprin* for respondent.

MEMORANDUM *Per Curiam.* The reversal of judgment in another action involving other parties over a year after entry of plaintiff's judgment here, from which no appeal was taken, was not warrant for vacating plaintiff's judgment. (*Miller* v. *Tyler,* 58 N. Y. 477, 480.)

Order reversed, with ten dollars costs, and motion denied.

HAMMER, SHIENTAG and HECHT, JJ., concur.